GEORGE W. GARRETSON v. THE CHICAGO, KANSAS AND
NEBRASKA RAILWAY COMPANY AND THE CHICAGO,
ROCK ISLAND AND PACIFIC RAILWAY COMPANY.

No. 458.

1. APPELLATE JURISDICTION — *must affirmatively appear from record.*   As repeatedly held by this court and the Supreme Court, jurisdiction to review the case must affirmatively appear from the record.

2. ———— *injunction against nuisance not within exceptions from statute concerning.*   An action the object of which is to restrain the commission of an act which the plaintiff alleges to be a nuisance, is not within any of the exceptions of the statute fixing the appellate jurisdiction of the Supreme Court and of this court; and the record not showing the amount of damages occasioned by the act sought to be enjoined, nor any other matter disclosing the value or amount in controversy, this court has no jurisdiction to review the judgment of the district court.

Error from Brown District Court.   Hon. J. F.
Thompson, Judge.   Opinion filed April 30, 1897.
*Dismissed.*

*A. F. Martin*, for plaintiff in error.

*M. A. Low*, and *W. F. Evans*, for defendants in error.

MAHAN, P. J.   This was an action brought in the District Court of Brown County against the defendants to enjoin them from violating the terms of the condemnation under which they hold their right of way over the premises of the plaintiff, and to prevent

them from so obstructing the flow of water in a watercourse as to damage the plaintiff's lands. Judgment was rendered against the plaintiff, and he brings the case here for review.

Our jurisdiction to review the proceedings of the court below is challenged at the threshhold; and, under the rule laid down in *Loomis v. Bass* (48 Kan. 26), we have no jurisdiction of the case. It does not affirmatively appear from the record that the matters in dispute involve a consideration or value of over one hundred dollars; and it does affirmatively appear that the case is not within any of the exceptions provided by the statute.

The petition in error will therefore be dismissed.